PD-1320-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/4/2015 2:49:18 PM
Accepted 12/7/2015 1:34:46 PM
ABEL ACOSTA
CLERK

**IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS**

| | | |
|---|---|---|
| **JOHN VINCENT CRUZ** | § | |
| | § | |
| | § | **CAUSE NO. _____** |
| **VS.** | § | **(APPELLATE CAUSE NO. 08-13-00297-CR** |
| | § | **(TRIAL CAUSE NO. 20120D00741)** |
| **STATE OF TEXAS** | § | |

**MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW**

**NOW COMES, JOHN VINCENT CRUZ,** APPELLANT/PETITIONER**,** by and through his Attorney of record, **CHARLES LOUIS ROBERTS,** and moves for an Extension of Time in which to file the PETITION FOR DISCRETIONARY REVIEW, and for grounds Appellant/Petitioner would show this Court the following:

**I.**

FILED IN
COURT OF CRIMINAL APPEALS

December 7, 2015

The following facts are required for this Motion:

ABEL ACOSTA, CLERK

A. The P.D.R. is due December 11, 2015.

B. A thirty (30) day extension is sought.

C. Counsel went to the 23rd Annual El Paso Criminal Law Seminar on November 20 and 21, 2015 in Ruidoso, New Mexico. Counsel was also one of the speakers at the Seminar and had to prepare for his presentation.

D. Counsel prepared for two Felony Trials, State v. David Lopez, Cause No. 20140D00401; and State of Texas v. Jesus Solis, Cause No. 20130D02293.

E. No previous extensions have been granted.

F. The court of Appeals was the Eighth Court of Appeals (El Paso, Texas).

1

G. The Opinion was delivered on August 05, 2015.

H. The Cause Number at the Court of Appeals was as follows:

John Vincent Cruz v. State, Cause No. 08-13-00297-CR

I. A Motion for Rehearing was filed on October 26, 2015.

J. The Motion for Rehearing was denied on November 10, 2015.

**II.**

This extension is sought in the interest of Justice and not for the purpose of delay.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED,**

Appellant/Petitioner asks this Court to grant an Extension of Time in which to file <u>PETITION</u>

<u>FOR DISCRETIONARY REVIEW</u> for thirty (30) days or until January 10, 2015.

Respectfully Submitted,

<u>/s/ Charles L. Roberts /s/</u>
**CHARLES L. ROBERTS**
300 E. Main, Suite 640
State Bar. No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned Attorney does hereby certify that a true and correct copy of the foregoing Motion has been e-served to the office of the District Attorney, 500 E. San Antonio, 2nd Floor, El Paso, Texas 79901 on this the 4th day of December, 2015.

<u>/s/ Charles L. Roberts /s/</u>
**CHARLES L. ROBERTS**
300 E. Main, Suite 640
State Bar. No. 1700100
El Paso, Texas 79901
(915) 532-9475
(915) 534-7417 Fax